IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMBROSE J. SAMPLE, II,

    Petitioner,

    v.

                                               Case No. 21-cv-445-wmc

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Ambrose J. Sample II's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 without prejudice.

/s/                                                          November 17, 2021
Peter Oppeneer, Clerk of Court                       Date